Charles M. Walker
U.S. Bankruptcy Judge
Dated: 7/20/2018



IN THE UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| DARLENE McGILVRAY, | ) | CASE NO. 1:11-bk-09285 |
| | ) | CHAPTER 13 |
| Debtor. | ) | JUDGE WALKER |
| | ) | |
| DARLENE McGILVRAY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ADV. NO. 1:17-ap-90225 |
| | ) | |
| BSI FINANCIAL SERVICES, | ) | |
| a/k/a SERVIS ONE INC., | ) | |
| | ) | |
| Defendant. | ) | |

## PRETRIAL ORDER

At the pretrial conference held in Columbia, Tennessee on *July 20, 2018*, the following were present:

Keith Slocum, Attorney for Plaintiff.
Hank Moss, Attorney for Defendant.

1

# MOTIONS

The Defendant filed a motion to dismiss on *June 18, 2018.* Any responses shall be filed by *August 10, 2018*. Any replies shall be filed by *August 31, 2018.* The ruling on the motion to dismiss and a second pretrial conference are set for *September 21, 2018 at 9:00 a.m.,* at 815 South Garden Street, Columbia, Tennessee.

*Failure to comply with requirements of this order may result in dismissal of the action, default, assessment of costs including attorney's fees, or other penalties.*

IT IS SO ORDERED.

*This order was signed and entered electronically as indicated at the top of the first page.*

2

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.

Case 1:17-ap-90225    Doc 44    Filed 07/23/18    Entered 07/23/18 09:41:25    Desc Main
Document      Page 2 of 2