IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:

Darlene H. McGilvray
9178 Christopher Ashley Drive　　　　　　　　BK:　1:11-bk-09285
Lyles, TN 37098　　　　　　　　　　　　　　　Chapter 13
Debtor(s)　　　　　　　　　　　　　　　　　Judge Charles M. Walker


Darlene H. McGilvray
Plaintiff(s)

vs.

BSI Financial Services;
aka Servis One, Inc.
Defendant(s)　　　　　　　　　　　　　　　ADV: 1:17-ap-90225


## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE
## AND RULE 2016 DISCLOSURE

Come the Debtors and Plaintiffs, through counsel, and Defendant, BSI Financial Services; aka Servis One, Inc., by and through counsel, and files this Joint Stipulation of dismissal with prejudice. As part of the settlement, the Defendant has agreed to pay Plaintiff's attorney's fees in the amount of $5,000.00.

IT IS, HEREBY, ORDERED that this adversary proceeding is dismissed with prejudice and the Clerk is directed to close the case.

**This order was signed and entered electronically as indicated at the top of the page.**

Approved for Entry:

 /s/ Keith D Slocum
Keith D Slocum
Harlan, Slocum & Quillen
PO Box 949

Columbia, TN 38402
Phone: (931) 381-0660
Fax: (931) 381-7627
keith@robertharlan.com
bknotices@robertharlan.com
*Attorney for Plaintiff*


 /s/ Bret Jacob Chaness
Bret Jacob Chaness
Rubin Lublin TN, PLLC
3145 Avalon Ridge Place, Ste 100
Peachtree Corners, GA 30071
Phone: (678) 281-2730
Fax: (404) 921-9016
bchaness@rubinlublin.com
*Attorney for Defendant*


cc: U.S. Trustee
     Chapter 13 Trustee